UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TODD YOUNG,<br><br>Plaintiff(s),<br>v.<br><br>BWW RESOURCES LLC, et al.,<br><br>Defendant(s). | CASE NO. C26-4184-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE |

Having reviewed the parties stipulated motion to extend the deadline to respond to the complaint (Dkt. No. 8), and finding good cause, the Court GRANTS the motion. Defendant shall file a responsive pleading to Plaintiff's complaint on or before November 29, 2026.

Dated this 19th day of November, 2026.

Kymberly K. Evanson
United States District Judge